

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                        Case No.  3:18-cr- 159-J-32PDB
                                          Cts. 1,3:   18 U.S.C. § 1015(e)
LUIS ALFREDO ALVARADO ZAMORA              Ct. 2:      18 U.S.C. § 1542
  a/k/a Luis Alfredo Alvarado
  a/k/a Luis Albardo

## INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about June 10, 2014, in the Middle District of Florida, the

defendant,

LUIS ALFREDO ALVARADO ZAMORA,
a/k/a Luis Alfredo Alvarado,
a/k/a Luis Albardo,

made a false statement and claim that the defendant was a citizen of the

United States for the purpose to engage unlawfully in employment in the

United States, by claiming on an U.S. Citizenship and Immigration Services

Form I-9, Employment Eligibility Verification, that he was a United States

citizen when, in truth and in fact, as the defendant well knew, he was a citizen

of Nicaragua.

In violation of Title 18, United States Code, Section 1015(e).

## COUNT TWO

On or about October 20, 2017, in the Middle District of Florida, the defendant,

**LUIS ALFREDO ALVARADO ZAMORA,**
a/k/a Luis Alfredo Alvarado,
a/k/a Luis Albardo,

did willfully and knowingly make a false statement in an application for passport with intent to induce or secure the issuance of a passport under the authority of the United States for his use, contrary to the laws regulating the issuance of passports or the rules prescribed pursuant to such laws, in that, on a passport application he submitted to a United States Passport Acceptance Agent on October 20, 2017, in Duval County, Florida, he swore under penalty of perjury that he was a United States citizen named Luis Alfredo Alvarado who was born in San Francisco, California, when in truth and in fact, he knew he was born in Nicaragua.

In violation of Title 18, United States Code, Section 1542.

## COUNT THREE

On or about November 2, 2017, in the Middle District of Florida, the defendant,

**LUIS ALFREDO ALVARADO ZAMORA,**
a/k/a Luis Alfredo Alvarado,
a/k/a Luis Albardo,

made a false statement and claim that the defendant was a citizen of the United States for the purpose to engage and attempt to engage unlawfully in employment in the United States, by claiming on an U.S. Citizenship and Immigration Services Form I-9, Employment Eligibility Verification, that he was a United States citizen when, in truth and in fact, as the defendant well knew, he was a citizen of Nicaragua.

In violation of Title 18, United States Code, Section 1015(e).

## FORFEITURE

1.  The allegations contained in Count Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 982(a)(6).

2.  Upon conviction of the offense in violation of Title 18, United States Code, Section 1542 set forth in Count Two of this Indictment, the defendant, LUIS ALFREDO ALVARADO ZAMORA, a/k/a LUIS

3

ALFREDO ALVARADO, a/k/a LUIS ALBARDO, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(6), any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense; and any property, real or personal that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense, or that was used to facilitate, or was intended to be used to facilitate, the commission of the offense.

3.    If any of the property described above, as a result of any act or omission of the defendant:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third party;

      c.    has been placed beyond the jurisdiction of the court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute

property pursuant to Title 21, United States Code, Section 853(p), as

incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28,

United States Code, Section 2461(c).


A TRUE BILL,

Foreperson


MARIA CHAPA LOPEZ
United States Attorney


By: _____
KEVIN C. FREIN
Assistant United States Attorney


By: _____
KELLY KARASE
Assistant United States Attorney
Deputy Chief, Jacksonville Division

5

FORM OBD-34
9/11/18 Revised

No.

# UNITED STATES DISTRICT COURT
### Middle District of Florida
### Jacksonville Division

## THE UNITED STATES OF AMERICA

vs.

## LUIS ALFREDO ALVARADO ZAMORA,
### a/k/a Luis Alfredo Alvarado,
### a/k/a Luis Albardo

## INDICTMENT

Violations: 18 U.S. C. § § 1015(e) and 1542

A true bill,

_____
Foreperson

Filed in open court this _12th_ day

of September, 2018.

_____
Clerk

Bail   $_____

GPO 863 525